July 25, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

REY GARZA, Appellant

NO. 14-16-00615-CV                    V.

ROXANA REGALADO HARRISON AND JOSEPH SANTELLANA,
INDIVIDUALLY AND AS RESPRESENTATIVES OF THE ESTATE OF
JONATHEN ANTHONY SANTELLANA, DECEASED, Appellees

_____

This cause, an interlocutory appeal from the trial court's July 19, 2016 order denying appellant Rey Garza's motion to dismiss was heard on the transcript of the record. We have inspected the record and find no error. We **AFFIRM** the trial court's order.

We order appellant to pay all costs incurred in this appeal.

We further order this decision certified below for observance.